UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.: 00-21112-BKC-RBR

MORVANT, SCOTT                                            Chapter 7
MORVANT, FRANCES

                    Debtors
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X )    The Trustee has a balance of $510.85 remaining in her bank account which
        represents unpresented checks drawn and mailed to creditors of the above named
        Debtor in accordance with the Order for Payment of Dividends. Your Trustee has
        made a good faith effort to verify the correct mailing address for said creditor(s) and
        deliver the funds before presenting this notice. More than sufficient time has passed
        for these checks to be presented for payment; or

()      The Trustee has a balance of $**** remaining in her bank account which represents
        small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing

of this estate.

Dated: January 26, 2010

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JAN 2 9 2010

FILED            RECEIVED

SONYA L. SALKIN, TRUSTEE
1776 N. Pine Island Rd.
Suite 218
Plantation, FL 33322
954-423-4469

cc:
Assistant U.S. Trustee's Office
51 SW 1ˢᵗ Ave.
Room 1204
Miami, FL 33031

**NAME:**     MORVANT, SCOTT AND FRANCES
**CASE NO.:**  00-21112-BKC-RBR

| No. | Creditor | Amount of Claim Allowed | Amount of Dividend |
|-----|----------|------------------------|--------------------|
| 6 | Columbia Plan General Hosp<br>PO box 39853<br>Fort Lauderdale, FL 33339 | $975.00 | $189.53 |
| 8 | FCNB Spiegel<br>9300 SW Gemini Dr.<br>Beaverton, OR 97008 | $37.00 | $7.19 |
| 16 | Providian Bncrp<br>PO Box 9007<br>Pleasanton, CA 94566 | $1,616.00 | $314.13 |